UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **VERONICA COOK-EUELL,** | : | Case No. 5:07-CV-2694 |
| | : | |
| **Plaintiff,** | : | |
| | : | **JUDGE KATHLEEN M. O'MALLEY** |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | **ORDER** |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

The Commissioner of Social Security denied social security benefits to the Claimant, Veronica Cook-Euell ("Cook-Euell"), in the above-captioned case. Cook-Euell sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation ("R&R") pursuant to Local Rule72.2(b)(1) and 28 U.S.C. §636(b)(1)(B). Both parties filed briefs in support of their respective positions. (Docs. 13 and 14.) The Magistrate Judge then submitted his R&R on February 18, 2009, recommending that the Court affirm the Administrative Law Judge's ("ALJ") decision. (Doc. 16.) Defendant did not object to the Magistrate Judge's R&R, and Cook-Euell filed a response to the R&R specifically stating that she would not object to the R&R. (Doc. 17.)

Because Cook-Euell has not objected to the R&R, she has waived her right to challenge the Magistrate Judge's findings. *Thomas v. Arn*, 474 U.S. 140,149 (1985), *reh'g denied*, 474 U.S. 1111 (1986)*; Amadasu v. Mercy Franciscan Hosp.*, 515 F.3d 528, 530 (6th Cir. 2008) (citing *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)). Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, thus **AFFIRMING** the Commissioner of Social Security's decision.

**IT IS SO ORDERED.**

                                                s/**Kathleen M. O'Malley**
                                                **KATHLEEN MCDONALD O'MALLEY**
**Date: February 27, 2009**                **UNITED STATES DISTRICT JUDGE**